PROB 12A
(10/98)

# United States District Court
for the
Eastern District of Kentucky

Eastern District of Kentucky
FILED
DEC 0 4 2007
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

## Report on Offender Under Supervision

Name of Offender: Joseph Madison          Case Number: Lexington 03-CR-118-001-JMH

Name of Sentencing Judicial Officer: The Honorable Joseph M. Hood

Date of Original Sentence: 04/12/04

Original Offense: Possession of a Firearm with an Obliterated Manufacturer's Serial Number

Original Sentence: 23 Months Imprisonment, 3 Years Supervised Release

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/30/07

### NONCOMPLIANCE SUMMARY
The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On November 20, 2007, Mr. Madison submitted a urine specimen which was forwarded to Kroll Laboratories for testing. The test result indicated the specimen was diluted. Mr. Madison subsequently admitted to using cocaine 3 to 4 times in the past three weeks with the last use on November 24, 2007. |

U.S. Probation Officer Action:   The corrective action will be to have Mr. Madison participate in outpatient substance abuse treatment. This officer's controlling action will be to have the offender submit to increased urine screens. It is in the opinion of the probation office that Mr. Madison will benefit from drug treatment; however, the offender was advised that any additional violations involving drug use would result in the probation office submitting a request for the Court to take a more punitive action.

Respectfully submitted,

by  *Glenn Collins*

Glenn C. Collins
U.S. Probation Officer
Date: 11/29/07

[✓]  Approved
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

*Joseph M. Hood*
Signature of Judicial Officer
Date: 12/04/07